App. Div.]                First Department, October, 1925.

CALIFORNIA.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS LEMPEL, as Trustee, etc., v. NATIONAL SURETY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS LEMPEL, as Trustee, etc., v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS LEMPEL, as Trustee, etc., v. ROYAL INDEMNITY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MINA LANDRY v. ALBIN LANDRY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BENJAMIN MATAS, an Infant, etc., v. STERN BROTHERS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JUANITA IGOE, an Infant, etc., v. WILLIAM GETTINGER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

KATHERINE IGOE v. WILLIAM GETTINGER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM PASCAL LANGEVIN v. JAMES E. GAFFNEY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUISE B. SCHWEIZER, as Administratrix, etc., v. GUSTAV A. SPIEGEL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BERNROY, INC., v. VICTORIAN REALTY COMPANY.— Motion to dismiss appeal denied, with leave to renew unless appellant procure proposed case on appeal to be served on or before December 16, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BERNROY, INC., v. VICTORIAN REALTY COMPANY. (LILA CAMAS, Appellant.)— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FRANCES DOUGHERTY and Others v. GEORGE A. KINNER and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RALPH MELE.— Motion to dismiss appeal denied, with leave to renew if the appellant does not promptly proceed to prosecute the appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALPHONSE BLAND.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, v. JOSEPH PALADINO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ